Honorable Franklin D. Burgess

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10 | UNITED STATES OF AMERICA,          )
                                       )
11 |                    Plaintiff,     )          NO. C04-5419FDB
                                       )
12 |           v.                      )
                                       )
13 | ROBIN B. MORGAN,                  )
                                       )          ORDER CONFIRMING SALE
14 |                    Defendant.     )
                                       )

15

16          THIS MATTER having come on for consideration before the Court upon the United

17 | States' Motion for Order Confirming Sale, and

18          IT APPEARING to the Court that the property is situated in Thurston County, State of

19 | Washington, at 5222 Gentle Ridge Drive SE, Olympia, Washington, and described as follows:

20                  Lot 42, of Gentle Ridge, as Recorded in Volume 10 of Plats, Page
                    44.  In Thurston County, Washington.
21          and,

22          IT APPEARING to the Court that this property was sold by the United States Marshal for

23 | the Western District of Washington to Development Properties, Inc., through its representative,

24 | Cheryl Dickinson, the highest bidder, for the sum of $119,000.00, and

25          IT APPEARING to the Court that more than twenty days has elapsed from the mailing by

26 | the Clerk of Court of the Notice of Filing Return on Sale of Real Property and,

27          The Court having been fully advised in the premises; now, therefore

28

ORDER CONFIRMING SALE - 1

1        IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the report of the

2    United States Marshal for the Western District of Washington and the sale made by the United

3    States Marshal, be and the same is hereby approved and confirmed; and,

4        IT IS FURTHER ORDERED that a Certificate of Purchase shall be executed and

5    delivered forthwith by the United States Marshal for the Western District of Washington to the

6    purchaser of the subject property.

7        DATED this 28th day of September 2005.

8

9

10   _____

11       FRANKLIN D. BURGESS
    UNITED STATES DISTRICT JUDGE

12

13

14   Presented by:

15   *s/ Anastasia D. Bartlett*
ANASTASIA D. BARTLETT, WSBA #7142

16   Assistant United States Attorney
Office of the United States Attorney

17     for the Western District of Washington

18   700 Stewart Street, Suite 5220
Seattle, WA 98101

19   Tel:  (206) 553-7970

20   Fax:  (206) 553-4073
Anastasia.Bartlett@usdoj.gov

21

22   Approved:

23   UNITED STATES MARSHAL

24   By ___*s/ Diana D. Ohashi*_____

25       Diana D. Ohashi
    Property Management Specialist

26

27

28

ORDER CONFIRMING SALE - 2