Hon. Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. C04-5419FDB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER DISBURSING |
| ) | PROCEEDS OF SALE |
| ROBIN B. MORGAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States' Motion to Disburse Proceeds of Sale having come before this Court and this Court having considered the motion and all relevant documents in the file, and

IT APPEARING from the Return of the United States Marshall on the sale that the real property was sold to Development Properties, Inc. for the sum of One Hundred Nineteen Thousand Dollars and No Cents ($119,000.00), and said amount is now on deposit with this Court,

IT IS HEREBY ORDERED AND ADJUDGED that the Clerk of this Court is authorized and directed to draw checks from the funds on deposit in the registry of this court in the principal amount of $119,000.00 plus all accrued interest, minus any statutory users fees, as follows:

    1.    United States Marshal Service for costs and fees incurred
            by the U.S. Marshal Service in C04-5419 FDB        $ 3,087.90

        Address:    United States Marshal Service
                        700 Stewart Street, Suite 9101
                        Seattle, WA 98101

ORDER DISBURSING PROCEEDS OF SALE - 1
(C04-5419FDB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

2. United States Attorney for costs incurred by the
United States Attorney's Office in Cause No. C04-5419 FDB        $1,057.25

    Address:    Financial Litigation Unit
                     United States Attorney
                     Western District of Washington
                     700 Stewart Street, Suite 5220
                     Seattle, WA 98101

3. Clerk of Court for Filing and Docketing Fees
in Cause No. C04-5419 FDB        $  170.00

4. The Clerk shall pay the balance of the remaining funds on deposit, plus any accrued interest, minus any statutory user fees, to the United States Department of Justice for final distribution to the United States Department of Agriculture's Rural Development Agency.

    Address:    Financial Litigation Unit
                     United States Attorney's Office
                     Western District of Washington
                     700 Stewart Street, Suite 5220
                     Seattle, WA 98101

DATED this 6th day of February 2006.

_____
               FRANKLIN D. BURGESS
               UNITED STATES DISTRICT JUDGE

PRESENTED BY:


s/Anastasia D. Bartlett_____
Anastasia D. Bartlett, WSBA # 7142
Assistant United States Attorney
Office of the United States Attorney
 for the Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98104
Tel: (206) 553-7970
Fax: (206) 553-4067
Anastasia.Bartlett@usdoj.gov

**Approved as to amount on deposit**:

_____
**Clerk, US District Court**

ORDER DISBURSING PROCEEDS OF SALE - 2
(C04-5419FDB)